DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
11/16/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESFAHYWOT TEMELSO MENGESHA,<br><br>               Plaintiff,<br><br>    v.<br><br>EMILIA BARDINI, Director of San Francisco Asylum Office, et al.,<br><br>               Defendants. | C 20-04558 YGR<br><br>**PARTIES' STIPULATION TO DISMISS** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's I-589 application.

///

///

///

Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: 10-7-20

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated: 10/06/2020

TESFAHYWOT TEMELSO MENGESHA
*Pro Se*

Parties' Stip to Dismiss
C 20-04558 YGR

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

## PARTIES' STIPULATION TO DISMISS

to be served this date on the party(ies) in this action, by placing the true copy thereof in a sealed envelope, and served by First Class Mail upon the person at the place and address(es) stated below, which is the last known address:

Tesfahywot Temelso Mengesha, Pro Se
769 Brooklyn Avenue
Oakland, CA  94606

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 7, 2020 at San Francisco, California.

/s/
Tiffani Chiu
Paralegal Specialist

Parties' Stip to Dismiss
C 20-04558 YGR                                     3